IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF: <br><br> LONGS DRUG STORES CALIFORNIA, L.L.C. DBA CVS PHARMACY #9950 <br> 1057 N. 1ST STREET <br> DIXON, CA 95620 | MAGISTRATE DOCKET NO. 2:13-SW-0325-CKD <br><br> **UNSEALING ORDER** |

The Court, having considered the United States' Application for an Order Lifting the Seal of the above-captioned matter (the Application), and finding good cause therefor, hereby ORDERS that:

1. The Application is GRANTED; and
2. All previously sealed documents are hereby UNSEALED.

Dated: May 23, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE